J-A31023-17

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| HORSHAM TOWNE ASSOCIATES AND 575 HORSHAM ROAD OWNER, LLC | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| JOHN HURLEY, T/A EDIBLES RESTAURANT AND PUB | : | No. 241 EDA 2017 |
| Appellant | : | |

Appeal from the Judgment Entered on April 19, 2017
In the Court of Common Pleas of Montgomery County Civil Division at
No(s):  No. 2014-04519

BEFORE:   PANELLA, J., OLSON, J., and STEVENS*, P.J.E.

JUDGMENT ORDER BY OLSON, J.:                         **FILED MARCH 23, 2018**

We quash this appeal, as it is duplicative of the appeal docketed at

1555 EDA 2017.

Appeal quashed.  Jurisdiction relinquished.

Judgment Entered.

_____
Joseph D. Seletyn, Esq.
Prothonotary

Date: 3/23/18

_____
*   Former Justice specially assigned to the Superior Court.